# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFIX USA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JB HUNT TRANSPORT SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-00181-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR A RIGHT TO ATTACH ORDER<br><br>(ECF No. 14) |

Plaintiff initiated this action against Defendants JB Hunt Transport Services, Inc., Costco Wholesale Corporation, ACE Hardware Corp., and Jose Ortiz on February 11, 2022. (ECF No. 1.) On February 28, 2022, Plaintiff filed a motion titled "Application for Right to Attach Order and Order for Issuance of Writ of Attachment," which consists of a state court form and attachments and appears to be based on sections of the California Code of Civil Procedure and pertaining to Defendants Costco and ACE Hardware only. (ECF No. 8.) The hearing on this motion is currently set for April 27, 2022. (ECF No. 9.) Defendant Ortiz has not yet appeared in this matter. Appearing Defendants' response to the complaint is currently due April 7, 2022. (ECF No. 13.)

On March 16, 2022, Plaintiff and Defendants JB Hunt Transport Services, Inc., Costco Wholesale Corporation, and ACE Hardware Corp., filed a stipulated request to continue the

1

hearing date on Plaintiff's motion and submitted a proposed modified briefing schedule. (ECF No. 14.) In light of the early stage of litigation, the Court finds good cause exists to grant the parties' stipulated request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion shall be continued, and the briefing schedule shall be modified as follows:

1. The hearing on Plaintiff's motion for right to attach order (ECF No. 8) is continued to **June 1, 2022,** at **10:00 a.m.**, in Courtroom 9 before the Honorable Stanley A. Boone;
2. Defendants' opposition filing deadline: **April 28, 2022**; and
3. Plaintiff's reply filing deadline: **May 2, 2022**.

IT IS SO ORDERED.

Dated: **March 17, 2022**

_____
UNITED STATES MAGISTRATE JUDGE