# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFIX USA INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>JB HUNT TRANSPORT SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 1:22-cv-00181-JLT-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE BOTH SCHEDULING CONFERENCE AND HEARING ON MOTION FOR RIGHT TO ATTACH<br><br>(ECF Nos. 9, 15, 21) |

Plaintiff initiated this action on February 11, 2022, against Defendants JB Hunt Transport Services, Inc., ACE Hardware Corp., Costco Wholesale Corporation, and Jose Ortiz. (ECF No. 1.) On February 28, 2022, Plaintiff filed a motion for right to attach order and writ of attachment. (ECF No. 8.) This matter is currently set for a scheduling conference on May 31, 2022. (ECF No. 7.) The hearing on Plaintiff's motion is set for June 1, 2022. (ECF No. 15.) On April 7, 2022, Defendants JB Hunt, ACE Hardware, and Costco answered the complaint and filed a crossclaim against Defendant Ortiz. (ECF No. 16.) On May 5, 2022, Defendant Ortiz answered the complaint and cross-complaint. (ECF Nos. 19, 20.)

On May 13, 2022, the parties filed the instant stipulated request to continue both the scheduling conference and the hearing on the motion for right to attach order to July 27, 2022. (ECF No. 21.) The parties proffer they will be attending mediation on July 6, 2022, and seek to

continue all matters until after that date, to be heard only if the action cannot be resolved at that time. The Court finds good cause exists to approve the stipulated request. However, due to a conflict in the Court's schedule, the Court shall continue both hearings to August 10, 2022.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for May 31, 2022, and the hearing on Plaintiff's motion for right to attach order and writ of attachment (ECF No. 8) set for June 1, 2022, are both CONTINUED to **August 10, 2022, at 10:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE