# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFIX USA INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>JB HUNT TRANSPORT SERVICES, INC., et al.,<br><br>      Defendants. | Case No. 1:22-cv-00181-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 23)<br><br>**DEADLINE: AUGUST 11, 2022** |

On June 19, 2022, the parties filed a notice of settlement, in which they indicate a settlement has been reached and they expect it to be satisfied within twenty-one days. (ECF No. 33.) The settlement is expected to result in dismissal with prejudice of the action and dismissal without prejudice of the cross-complaint.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not request additional time to file the dispositional documents. Accordingly, the Court shall set the dispositional document deadline for August 11, 2022. The parties are further advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

///

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **August 11, 2022**.

IT IS SO ORDERED.

Dated: __**July 20, 2022**__

UNITED STATES MAGISTRATE JUDGE